# First District Court of Appeal
## State of Florida

_____

No. 1D18-1974

_____

BARRETT R. BEASLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

September 27, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Barrett R. Beasley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.